IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROGER M. SERAFIN,

        Plaintiff,

v.                                                                                                   CIV 13-0347 CLH/KBM

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    The Chief Magistrate Judge filed her Proposed Findings and Recommended Disposition on August 26, 2014.  *See Doc. 21.*  The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review.  To-date, neither party has filed objections.

    Wherefore,

    **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Chief Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 21)* is ADOPTED;

2. Plaintiff's motion to remand *(Doc. 17)* is granted; and

4. A final order is entered concurrently herewith.

                                      SENIOR UNITED STATES DISTRICT JUDGE